# United States Court of Appeals for the Federal Circuit

<u>ERRATA</u>

October 28, 2009

Appeal No. 2009-5007, MARRIOTT INTERNATIONAL RESORTS v. US

Precedential Opinion

Decided: October 28, 2009

Please correct the following:

On page 1, caption, delete "of Appeals" to read United States Court of Federal Claims.

On page 2, lines 14-15, delete "COSTS" and "Each party shall bear its own costs."